IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                    No. 4:18-CR-00460-JM

MARCUS MILLER

**ORDER**

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 76) is DENIED.

On June 17, 2020, Defendant pleaded guilty to being a felon in possession of a firearm.[1] On October 8, 2020, he was sentenced to 180 months in prison.[2]

Relying on U.S.S.G. § 1B1.13(b)(6), Defendant claims a gross disparity in the sentence he is serving and the one he would receive today, alleging he no longer qualifies for a sentence under the ACCA. However, § 1B1.13(b)(6) requires, among other things, that a defendant has "served at least 10 years of the term of imprisonment"; Defendant has served just over five years. Additionally, despite his claims to the contrary, Defendant's prior convictions still qualify him for the mandatory minimum sentence of 180 months under the ACCA.

IT IS SO ORDERED, this 28th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.

[2] Doc. Nos. 30, 31.